# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00430-CV

**Boris Iofis, Appellant**

**v.**

**Bradley Weimert and David Lawver, Appellees**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-25-007002, THE HONORABLE SHERINE THOMAS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal of a summary-judgment order where the order is not the final judgment in the suit and nothing authorizes an interlocutory appeal from the order. We gave our reasons for these conclusions in *Iofis v. Weimert*, No. 03-26-00430-CV, 2026 WL 1614150, at *1 (Tex. App.—Austin June 5, 2026, order & mem. op.) (per curiam), by which we abated this appeal and remanded the cause to the trial court for appellant Boris Iofis to obtain a signed final and appealable judgment. We also said there that if no supplemental record of such a judgment is filed with our Court or if Iofis fails to give satisfactory reasons for us to retain jurisdiction here, then we may dismiss this attempted appeal. *See* Tex. R. App. P. 42.3.

Iofis has now given us his status report, representing in it that he has moved for a summary judgment on all his affirmative claims against the remaining defendant in the suit and that the trial court is set to hear the motion on July 2, 2026. This timing means that the trial court

might not rule on the summary-judgment motion until September 30, 2026. *See* Tex. R. Civ. P. 166a(i). And of course, it might not rule in Iofis's favor at all, meaning that there remains a reasonable likelihood that no signed final and appealable judgment is in sight.

Because, given Iofis's explanations, it is not reasonably likely that there will be a signed final and appealable judgment in the next 30 days, we lift the abatement in this cause, deny Iofis's request to maintain the abatement through October 8, and dismiss this attempted appeal for want of jurisdiction. *See Brown v. Brown*, No. 03-19-00822-CV, 2020 WL 399275, at *1 (Tex. App.—Austin Jan. 24, 2020, no pet.) (mem. op.); *Bierwirth v. Rio Rancho Props., LLC*, No. 03-16-00815-CV, 2017 WL 2333306, at *1 (Tex. App.—Austin May 26, 2017, no pet.) (mem. op.); *Clarent Energy Servs., Inc. v. Leasing Ventures, LLC*, No. 01-18-00036-CV, 2018 WL 4087003, at *1 (Tex. App.—Houston [1st Dist.] Aug. 28, 2018, no pet.) (mem. op.).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed for Want of Jurisdiction

Filed: July 10, 2026